# United States District Court
## Northern District of New York
## JUDGMENT IN A CIVIL CASE

**ROBERT LAWRENCE HOGAN, JR.**

              **V.**              **CASE NUMBER: 1:07-CV-731 (NAM/DRH)**

**ANTHONY BUTTOFOCCO, DAVID SMITH,
CHRIS PARKER AND JOHN NARDONE**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

*That defendants' Motion for Summary Judgment is GRANTED and the plaintiff's complaint is dismissed in its entirety.*

*All the above pursuant to the Memorandum Decision and Order of the Honorable Chief Judge Norman A. Mordue dated September 28, 2009.*

| | |
|---|---|
| **September 28, 2009** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **DONNA M. FRANCISCO** |
| | **DEPUTY CLERK** |