UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

ROBERT LAWRENCE HOGAN JR,                                NOTICE OF APPEAL

       PLAINTIFF,                                          1:07- CV- 0731

Vs.                                                            ( NAM / DRH )

ANTHONY BUTTOFOCCO, Individually and as a

Police officer for the village of Green Island, DAVID    U.S. DISTRICT COURT
                                                            **N.D. OF N.Y.**
SMITH, Individually and as a police officer for the           **FILED**

village of Green Island, CHRIS PARKER, Individually         OCT 2 8 2009

And as a Sargent police officer for the village of Green   LAWRENCE K. BAERMAN, CLERK
                                                                  ALBANY
Island, JOHN NARDONE, Individually and as Chief of

Police for the village of Green Island

       DEFENDANTS,

-----------------------------------------------------------------

    NOTICE is hereby given that Robert Lawrence Hogan Jr., plaintiff in the above captioned action hereby appeals to the United States Court of Appeals for the Second Circuit, from an Order entered in the action on September 28, 2009, granting Summary Judgment to the defendants, dismissing plaintiffs complaint.

                                                    */s/ Robert Lawrence Hogan Jr.*
                                                    Robert Lawrence Hogan  Jr.

                                                    Plaintiff  / Appellant

                                                    72 Albany Ave
                                                    Green Island, N.Y. 12183